## Case No. 16,612.

### UNITED STATES v. VAPORISOR.

[The case reported under above title in 7 Int. Rev. Rec. 205, is the same as Case No. 10,-537.]

## Case No. 16,613.

### UNITED STATES v. VEITCH.

[1 Cranch, C. C. 81.] [1]

Circuit Court, District of Columbia. April Term, 1802.

MISDEMEANORS—INDICTMENT—PROCESS.

A capias is the proper process upon an indictment for misdemeanor, found after service of a summons to show cause why an indictment or information should not be filed.

Indictment for retailing spirituous liquors. The first process was a summons to show cause why an information or an indictment should not be filed. Upon this summons the defendant [Peter Veitch] did not appear, and his default was recorded. The indictment was found at July term, 1801, and a capias issued returnable to October term, 1801.

Mr. Simms, for defendant, contended that a capias was not the legal process.

THE COURT stopped him from arguing the point, saying it had been decided several times in this court, and a general direction had been given to the attorney for the United States to issue a capias upon every indictment found after a summons had issued and been served to show cause why an indictment or information should not be filed; being of opinion that a capias was the proper process. Laws Va., Rev. Code, p. 106, § 28.